FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL CLAYTON CROWE, | ) |
| Petitioner, | ) ) ) |
| v. | )  CIVIL ACTION NO. 2:03cv1159-MHT ) (WO) |
| GWENDOLYN C. MOSLEY, *et al.*, | ) ) ) |
| Respondents. | ) |

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference be and is hereby set on April 10, 2007, at 2:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

Done this 27th day of March, 2007.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE