IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL CLAYTON CROWE,** | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:03cv1159-MHT |
| | ) | (WO) |
| **GWENDOLYN C. MOSLEY, etc.,** | ) | |
| **et al.,** | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition, as amended, be denied.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo review of the record, including a review of a transcript of the hearing before the magistrate judge, the court concludes that

petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of August, 2007.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE